IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL MIGNELLA,

      Appellant,

 v.                                                          Case No. 5D22-0057
                                                            LT Case No. 2020-DR-001438

VIRGINIA ANN PROX,

      Appellee.

_____/

Decision filed August 9, 2022

Nonfinal Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Michael Mignella, Oviedo, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EISNAUGLE, NARDELLA and WOZNIAK, JJ., concur.